# United States Court of Appeals
### For The District of Columbia Circuit

No. 06-5150                  September Term, 2005

06cv00859

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/16/06
BY: [signature] Deputy Clerk
ATTACHED: __ Amending Order __ Opinion __ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 2 0 2006
CLERK

David Henderson,
    Appellant

v.

Alberto Gonzales, Attorney General,
    Appellee

Consolidated with 06-5152

---

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Ginsburg, Chief Judge, and Garland and Kavanaugh, Circuit Judges

### JUDGMENT

    These appeals were considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the appellant. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

    **ORDERED AND ADJUDGED** that the district courts' orders be affirmed. In his briefs, appellant challenges only the denial of his motions for leave to amend his complaints. The letter with which appellant sought to amend his complaints was already attached to the complaint filed in No. 06cv0859, however, and in neither case did the district court abuse its discretion in denying leave to amend. <u>See</u> <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk